IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 13-13434-EE

ELIZABETH H. COURSEN,

                                                                                     Plaintiff-Appellant,

versus

JP MORGAN CHASE & CO.,
a foreign corporation, et al.,

                                                                                     Defendants,

SHAPIRO & FISHMAN, GP,
a Florida General Partnership,
n.k.a. Shapiro, Fishman & Gache, LLP,
FIDELITY NATIONAL FINANCIAL, INC.,
a foreign corporation,
FIDELITY NATIONAL DEFAULT SOLUTIONS,
a foreign corporation,
FIDELITY NATIONAL INFORMATION SERVICES, INC.,
LENDER PROCESSING SERVICES, INC.,
a foreign corporation, et al.,

                                                                                   Defendants-Appellees.

Appeal from the United States District Court
for the Middle District of Florida

Before: HULL, PRYOR, and JORDAN, Circuit Judges.

BY THE COURT:

      Appellees' "Motion to Seal Appellant's Appendix, Appellees' Joint Supplemental Appendix and All Subsequent Filings Containing Protected Information" is CARRIED WITH

THE CASE. Appellant's Appendix, Appellant's Supplemental Appendix, and Appellees' Joint Supplemental Appendix will remain preliminarily under seal pending resolution of the motion.

Appellees' request for attorneys' fees in connection with pursuing the motion to seal is CARRIED WITH THE CASE.

Appellees' "Request for the Entry of Sanctions" for Appellant's alleged violations of the district court's Protective Order is DENIED WITHOUT PREJUDICE subject to Appellees' right to seek such relief in the district court.

Appellees' request that this Court direct the parties' to file under seal all information subject to the district court's Protective Order is DENIED WITHOUT PREJUDICE subject to Appellees' right to move to seal any future filing by Appellant that contains protected information.